1  JAY S. ROTHMAN (SBN 49739)
   JEFF D. NEIDERMAN (SBN 203818)
2  **JAY S. ROTHMAN & ASSOCIATES**
   21900 Burbank Boulevard, Suite 210
3  Woodland Hills, California 91367
   Telephone: (818) 986-7870
4  Facsimile:   (818) 990-3019
   jneiderman@jayrothmanlaw.com

Attorneys for Plaintiff DEBRA KEENEY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEBRA KEENEY, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-CV-02036 DMG (PDX)<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)  [24]**<br><br>District Judge: Hon. Dolly M. Gee<br>Magistrate Judge: Hon. Patricia Donahue<br><br>FPTC:　2/27/2024<br>Trial:　3/06/2024 |

1

# ORDER

The stipulation to dismiss this action in its entirety with prejudice and with each party to bear her or its own attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: 12/21/2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE